# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Robert J. Thompson III and Dorothy Thompson**<br>    Debtors | Case No.:  18−20369−MJK<br>Judge:  Michele J. Kim<br>Chapter:  13 |

### NOTICE OF MODIFICATION OF PLAN BEFORE CONFIRMATION

On July 11, 2018 , the above−captioned Debtor filed a modification of the plan, a copy of which will be sent to you by the debtor in a separate mailing.

Pursuant to 11 U.S.C. § 1323(c), "[a]ny holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provides for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection."

THE HEARING ON CONFIRMATION IS ASSIGNED/REASSIGNED FOR:

*September 11, 2018 , at 10:30 AM*
*U. S. Courthouse, 801 Gloucester St., 3rd Floor Courtroom, Brunswick, GA*

At the confirmation hearing the Court will conduct a hearing on the modified plan and any motions included therein. Objections to the modified plan and to any motions included in the modified plan shall be filed seven days prior to the hearing date shown above, pursuant to Fed. R. Bankr. P. 3015(f).

*Lucinda Rauback, CLERK*
United States Bankruptcy Court
801 Gloucester St, Rm 314
Brunswick, GA 31520

Dated **August 8, 2018**

*13−39[Rev. 01/18]* **APR**